## (March 2, 1982)

■ LILA FRANKEL, Respondent, v LEONARD FRANKEL, Appellant. — Motion to dismiss appeal granted, without costs. Since the motion made before Special Term contained no new evidence which would warrant the vacating of the prior decision, the motion was in fact one for reargument, the denial of which is not appealable (*Weber v Cassius,* 46 AD2d 976). Mahoney, P. J., Kane, Main, Casey and Mikoll, JJ., concur.